# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSO, INC., | ) Case No. CV 18-9554-DMG (JPRx) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| SAM SHREM et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefings, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendant Sam Shrem's Answer to the Complaint is stricken, default judgment is entered against him, and Plaintiff's request for sanctions in the amount of $2000 is GRANTED. Defendant must deliver a check or money order in that amount to Plaintiff, through counsel, no later than seven days from the date of this Order.

DATED: December 18, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE